The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### HURST v. STATE.
No. 15633.

Court of Criminal Appeals of Texas.

Feb. 15, 1933.

Hughes & Monroe, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft; punishment two years' confinement in the penitentiary.

We observe no fundamental error in the record. It is before this court without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.